FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2943

_____

BRIAN SUDANO,

  Appellant,

  v.

COLLIER COUNTY SHERIFF'S
OFFICE/FLORIDA SHERIFF'S RISK
MANAGEMENT FUND,

  Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jack Adam Weiss, Judge.

Date of Accident: June 8, 2021

October 30, 2024

PER CURIAM.

AFFIRMED. *See City of Homestead v. Foust*, 242 So. 3d 1169, 1171 n.3 (Fla. 1st DCA 2019) (holding that the presumption in section 112.18, Florida Statutes, only applies if a preemployment physical has been completed "upon entry into *such* service" meaning entry into the same category of service as is entitled to the presumption in the statute); *see also City of Tavares v. Harper*, 230 So. 3d 918, 920 (Fla. 1st DCA 2017) ("[T]o qualify for the presumption, Claimant was required to show, among other things,

that he successfully passed a pre-employment physical examination.").

ROBERTS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kristine Callagy of Bichler & Longo, PLLC, Maitland, for Appellant.

William H. Rogner, Orlando, for Appellees.

2